DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. 07-141-GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| RICHARD L. CLARK, | ) | |
| Defendant. | ) | DATE: June 15, 2007 |
| | ) | Time: 2:00 p.m. |
| | | Judge: Gregory G. Hollows |

Defendant RICHARD L. CLARK, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the preliminary hearing set for May 22, 2007 be rescheduled for Friday, June 15, 2007 at 2:00 p.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. The Federal Defenders Office was appointed to Mr. Clark's case on May 8, 2007

1

1    Further, the Defendant consents to an extension of the time
2 for preliminary examination until June 15, 2007.  Fed. R. Crim.
3 P. 5.1(d).  The parties submit that the ends of justice are
4 served by the Court excluding such time, so that they may have
5 reasonable time necessary for effective preparation, taking into
6 account the exercise of due diligence.  18 U.S.C.
7 § 3161(h)(8)(B)(iv).  In particular, the time is required so that
8 the parties can discuss a proposed disposition and conduct
9 investigation.  The parties stipulate that this interest of
10 justice outweighs the interest of the public and the defendants'
11 speedy filing of an indictment or information, 18 U.S.C. §§
12 3161(b), (h)(8)(A), and further that this good cause outweighs
13 the public's interest in the prompt disposition of criminal
14 cases.  Fed. R. Crim. P. 5.1(d).
15    The parties further request that this matter be taken off
16 calendar until June 15, 2007 or such time as either party may
17 request a hearing for a purpose other than preliminary
18 examination.

DATE: May 17, 2007                    Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                                       /s/   Dennis S. Waks for
                                      KYLE READON
                                      Assistant U.S. Attorney

25 / / /
26 / / /
27 / / /
28 / / /

```
1  DATED: May 17, 2007              /s/ Dennis S. Waks
                                    Supervising Assist. Fed.
2                                   Defender
                                    For RICHARD L. CLARK
3

4

5

6  SO ORDERED.

7
   Dated: 5/18/07
8

9                                   /s/ Gregory G. Hollows

10                                  GREGORY G. HOLLOWS
                                    United States Magistrate Judge
11
   clark.ord
12
```

3