DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 07-270 -EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| RICHARD L. CLARK, ) | DATE:  August 17, 2007 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| _____) | |

        Defendant RICHARD L. CLARK, by and through his counsel,

DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

United States Government, by and through its counsel, KYLE

REARDON, Assistant United States Attorney, hereby stipulate that

the status conference set for July 27, 2007 be rescheduled for

Friday, August 17, 2007 at 10:00 a.m.

        This continuance is being requested because defense counsel

requires additional time to receive and review discovery, discuss

the case with the government, and pursue investigation.  The

parties anticipate reaching a disposition by the next court date.

        Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for August

1

1 | 17,  2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable

2 | time to prepare] (Local Code T4).

3 | DATED: July 25, 2007

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assist. Fed.
Defender
For RICHARD L. CLARK

DATED:  July 25, 2007         McGREGOR W. SCOTT
United States Attorney

/s/  Dennis S. Waks for
KYLE READON
Assistant U.S. Attorney

**SO ORDERED.**

Dated:  July 25, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge