```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    RICHARD CLARK
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,      ) CR.S. 07-270-EJG
11                                 )
                    Plaintiff,     ) STIPULATION AND ORDER
12                                 ) EXTEND TIME FOR STATUS
         v.                        ) CONFERENCE AND EXCLUDE TIME
13                                 )
    RICHARD CLARK,                 ) DATE: September 21, 2007
14                                 ) Time: 10:00 a.m.
                    Defendant.     ) Judge: Edward J. Garcia
15  _____)
16
```

Defendant RICHARD CLARK, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the status conference set for August 17, 2007 be rescheduled for Friday, September 21, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, the parties anticipate entering into a Diversion Agreement and are awaiting a decision from Pre-trial Services within the next two to four weeks. A continuance is necessary in

1

order to allow Pre-Trial services to evaluate the defendant and, based upon the outcome of that evaluation, to permit the parties adequate and effective preparation in the event that diversion is not granted by Pre-trial services or the Court.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 21, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local T4).

DATED: August 15, 2007

                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              Supervising Assist. Fed. Defender
                              For RICHARD CLARK

DATED:  August 15, 2007        McGREGOR W. SCOTT
                              United States Attorney

                              /s/   Dennis S. Waks for
                              KYLE REARDON
                              Assistant U.S. Attorney

**SO ORDERED.**

Dated:  _August 16_ , 2007

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Court Judge