FILED
August 27, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S. -07-0270 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD L. CLARK, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD L. CLARK , Case No.  CR. S.-07-0270 EJG , Charge Title 18 USC § 115 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

    X    (Other)  to be released at Pretrial Services Office on 8/28/07 @ 8:30 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 27, 2007  at  3:24  pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge