```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```



**FILED**

AUG 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. No. S-07-0270 EJG |
| v. | ) | MOTION TO DISMISS INFORMATION and [~~PROPOSED~~] ORDER DISMISSING INFORMATION |
| RICHARD L. CLARK, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the information against Richard L. Clark, filed on June 14, 2007, in CR. No. S-07-0270 EJG. On August 28, 2007, the government and Mr. Clark entered in a diversion agreement that will place Mr. Clark under supervision for a period of up to 18 months. The defendant has waived his right to a speedy trial under the Sixth Amendment and Federal Rule of Criminal Procedure 48(b). The

///
///
///
///

defendant has also agreed to toll the statute of limitations for the time that he is under the supervision of pretrial services.

DATED: August 29, 2007                    McGREGOR W. SCOTT
                                          United States Attorney


                                    By: /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney


                              O R D E R

APPROVED AND SO ORDERED:


DATED: 8/29/07                      _____
                                    UNITED STATES DISTRICT JUDGE

2